# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152816(4)

STEVEN M. GURSTEN,
      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.
_____/

SC: 152816
AGC: 0935-14

On order of the Chief Justice, defendant's motion to extend the time for filings its answer is GRANTED. The answer will be accepted as timely filed if submitted on or before February 3, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015



Clerk